UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Tampa Division

FILED
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

## CIVIL RIGHTS COMPLAINT FORM

[illegible]
Stephen S. Aquilato
Patrick Fardimon
(Enter full name of each Plaintiff and prison number, if applicable)

CASE NUMBER: 8:12 CV 294 T 23 TBM
(To be supplied by Clerk's Office)

v.

[illegible]
Dep. T. Gould
Dr. Quinalen
[illegible]
(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: [illegible] County Jail
(Indicate the name and location)
[illegible] South

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (✓)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

<u>EXHAUSTION OF ADMINISTRATIVE REMEDIES</u>: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

<u>EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES</u>:

<u>General Grievance</u>

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

<u>Other Grievance</u>

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

<u>Questions</u>:

A. <u>Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22</u> (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No ( )

2. If so, you must attach a copy of the grievance and response to this Complaint form.

3. Were you denied emergency status? Yes ( ) No ( )

    a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No ( )

b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. Informal Grievance (Request for Interview)

1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No ( )

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. Formal Grievance (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No ( )

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No ( )

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No ( )

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this ________ day of ____________________________, 19 _______.

______________________________
Signature of Plaintiff

III. DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY? Yes (X) No ( )

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes ( ) No (X)

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes ( ) No (X)

C. If your answer is YES:

1. What steps did you take? ______________________________

______________________________

2. What were the results? ______________________________

______________________________

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: Detention Deputy [illegible] told me there was know grievance [illegible] in this jail and have not been in [illegible]

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this 5 day of February, 2012

[signature]

Signature of Plaintiff

Charles R. Alexander

[notary signature]

JERRICE A WAGNER
MY COMMISSION # EE 058071
EXPIRES: January 29, 2015
Bonded Thru Notary Public Underwriters

IV. PREVIOUS LAWSUITS:

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

B. Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (X)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit:

Plaintiff(s): ______________________________

______________________________

Defendant(s): ______________________________

______________________________

2. Court (if federal court, name the district; if state court, name the county):

______________________________

3. Docket Number: ______________________________

4. Name of judge: ______________________________

5. Briefly describe the facts and basis of the lawsuit: ______________

______________________________

______________________________

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

______________________________

______________________________

7. Approximate filing date: ______________________________

8. Approximate disposition date: ______________________________

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have

been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

V. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Charles Alexander

Mailing address: [illegible]
[illegible] Florida 33[illegible]

B. Additional Plaintiffs: Stephen Aquilato, 4102 US [illegible] 17-92N, Davenport, FL, 33837; Patrick [illegible], 7.8 27th St. NW, Winter [illegible], FL, 33881

In part C of this section, indicate the full name of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Dr. Augustin

Mailing Address: 2390 Bob Phillips
Bartow, Fl [illegible]298

Position: Doctor, PCS Medical

Employed at: [illegible]

D. Defendant: Jason [illegible]

Mailing Address: 2390 Bob Phillips
Bartow Fl 33[illegible]

Position: Director Of Nursing.

Employed at: PCJ Medical

E. Defendant: Nurse Jean Murray R.N., H.S.A.

Mailing Address: 2390 Bob Philips RD.

Bartow, FL 33898

Position: R.N., H.S.A.

Employed at: Polk County Jail Medical

F. Defendant: Megan Bryant

Mailing Address: 2390 Bob Philips RD.

Bartow, FL 33898

Position: R.N.-Director Of Nursing

Employed at: Polk County Jail Medical

G. Defendant: P.A. Carney

Mailing Address: 2390 Bob Philips RD.

Bartow, FL 33898

Position: Physicians Assistant to Dr. Augustin

Employed at: Polk County Jail Medical

VI. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

and violates inmate rights to Proper medical care.

Continued On Separate Sheet

VII. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. Do not make any legal arguments or cite any cases or statutes. State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).



Continued on

## VI. STATEMENT OF CLAIM: (Cont. from page 8)

Plaintiff Stephen Aquitato:

Polk County Jail Medical; Dr. Augustin, P.A. Carney, and nursing staff et. al. - are responsible for negligently denying inmate patients of the Polk County Jail legally prescribed and life sustaining medications as well as causing undue pain and suffering in those inmates with chronic pain conditions which are normally treated by their private physicians.

Plaintiff Stephen Aquitato, upon arriving at PCJ, was immediately denied several life sustaining medications, which are used to treat epilepsy/seizure disorders. In the course of 11 days, Mr. Aquitato suffered 13 Gran mal/Tonic Clonic Seizures which were accounted for by nursing staff, however, his medications were still not provided for him. The medications he was denied include: Clonazepam (2mg x 2 day), and Gabapentin (300mg x 3 day), both of which the immediate cessation of can and will worsen epileptic seizures, putting ones life in serious danger. Mr. Aquitato also suffers from severe chronic spinal and musculoskeletal pain, which is normally treated with the pain killer [illegible] IR (30 mg x 8-9 day), the immediate cessation of which upon arrival at PCJ produced severe withdrawal that contributed to the worsening of the seizures suffered, as well as severe pain.

Mr. Aquitato was not provided with any form of medication for his withdrawals or seizures from Jan. 11, 2012 until Jan. 14, 2012; at which point he was given the drug Dilantin (Phenytoin) in substitution of his Clonazepam. Dilantin is known to cause nerve damage as well as to deplete [illegible] levels, both of which

Would worsen Mr. Aquitato's spinal condition, and cause worsening of his polyneuropathy.

All of the above mentioned occurences constitute not only negligence on behalf of the Jail medical staff, but also cruel and unusual punishment by putting Mr. Aquitato's Health and life in Jeopardy, and causing extremely painful and undue suffering.

## VII. STATEMENT OF FACTS: (Cont. from pg. 8)

1. Dr. Augustin, P.A. Carney, Nursing Staff et. Al.
2. 13 Seizures (Gran Mal/Tonic clonic) from Jan. 11 - Jan , 2012, including 4 documented by Mr. Aquitato himself but not limited to:
3. SCJ P-Dorm – Wed. Jan 25th, 2012 - ≈ 5 min w/ ≈ 1 Hour preceding Aura's - 3:30 pm
3. SCJ P-Dorm - Thu. Jan 26th, 2012 - 9:00 AM ≈ length unknown
3. SCJ S-MED Fri. Jan 27th, 2012 - ≈ 7:20 AM ≈ 2-3 min.
(Information on length provided by witnesses.)

4. The Seizures Suffered by Mr. Aquitato are a direct result of PCJ Medical Staff (Dr. Augustin, P.A. Carney, and PCJ Nursing staff denying him his normally prescribed Medications for days, Creating acute withdrawal Syndrome which worsened his Condition, Which is under Normal circumstances very well controlled (Fewer than 3 Gran Mal/tonic Clonic seizures per year).

5. Mr. Aquitato's life was in danger from Multiple Seizures. He also Suffered a minor head injury during one of the Seizures. He is still not recieving the proper Seizure medication. Next page

He is also suffering from severe, chronic back pain, as well as severe neuropathic pain (polyneuropathy), due to the fact that PCS and Dr. Augustin refuse to provide any painkiller (opiod or opiate class) pain medication.

EXHIBIT 2

JERRICE A. WAGNER
MY COMMISSION # EE 058071
EXPIRES: January 29, 2015
Bonded Thru Notary Public Underwriters

33

# Inmate Request Response

Date: 1/30/12
To: Alexander, Charles (12-2296) S-Med
From: Megan Bryant, RN-DON
RE: Pain/Sleeping

---

Upon reviewing your medical records, the MD did give you Motrin for your pain; however, we do not give medication to aid in sleeping. I spoke with the Infirmary nurse and she stated that she spoke with you regarding your surgery to your back and you also spoke with the MD about your pain and sleeping issue.

Jerrice A. Wagner

JERRICE A. WAGNER
MY COMMISSION # EE 058071
EXPIRES: January 29, 2015
Bonded Thru Notary Public Underwriters

**POLK COUNTY SHERIFF'S OFFICE**
**DEPARTMENT OF DETENTION/INMATE ACCOUNTS**
**Inmate Request Form**

Name Alexander Chai Booking # 2012002296 Loc. Infirm Date: 1/27/2012

| | | | | | |
|---|---|---|---|---|---|
| ✓ | Administration | ___ | Counselor | ___ | Inmate Property |
| ___ | Barber | ___ | Food Service | ___ | Notary Public |
| ___ | Classification | ___ | Inmate Accounts | ___ | Public Defender |
| ___ | Commissary | | | | |

Use only this form for your requests. Write on both sides if it is necessary. **No other means of request will be accepted.** ***Your booking number must be on your request.***

I have been in the Infirmary for 4 days all of this time I have not been ...

**SIGNATURE REQUIRED ON ALL REQUESTS** **Inmate Signature**

Do NOT request free materials with this form. Requests for free materials will be accepted ***O N L Y*** through the commissary orders.

If you are requesting to speak to an investigator, use this form to request an Inmate Interview Request Form (PCSO Form 849).

PCSO FORM 723 (REV 08/18/09)

**POLK COUNTY JAIL**
**HEALTH SLIP/PASS**

EXHIBIT M

The below named inmate is authorized for:

- ☐ Bed rest/lay in From 60 To 100,00
- ☐ Bottom bunk/floor/no stairs From ____ To ____
- ☐ W/C/cane/crutches From ____ To ____
- ☐ Diet: prenatal/diabetic/HS snack From ____ To ____

Restrictions: ____

☑ Other: ____ From 1-21-12 To ____

Inmate ____ Authorized
B.I.# ____ Bldg. ____ by: ____
(Initial & Name Stamp)
Date of Birth ____
Institution ____ Date: ____

White/Medical Yellow/Security Pink/Inmate
CP0003FL - FL003-Health Slip/Pass

Exhibit

**FOR MEDICAL USE ONLY**

Date Received: [illegible]

Time Received: [illegible]

CORRECTIONAL MEDICAL SERVICES
HEALTH SERVICES REQUEST FORM

**Print Name:** [illegible] **Date of Request:** [illegible]

ID #: [illegible] Date of Birth: [illegible] Housing Location: [illegible]

Nature of problem or request: [illegible]

I consent to be treated by health staff for the condition described.

SIGNATURE

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA**

**DO NOT WRITE BELOW THIS AREA**

**Triaged by:** ______ Initials **Referred to:** (Circle ONE) NSC Mid-level SC Physician SC MH Dental Other: ______

**HEALTH CARE DOCUMENTATION**

Subjective:

Objective: BP ______ T ______ P ______ R ______ Wt ______

Assessment:

JERRICE A. WAGNER
MY COMMISSION # EE 038071
EXPIRES: January 29, 2015
Bonded Thru Notary Public Underwriters

Plan:

☐ Inmate education handout reviewed with and given to the patient.

Refer to: (Circle any applicable) Mid-level Physician MH Dental Other: ______

Signature & Title: ______ Date: ______ Time: ______

CP0032FL-FL032-Health Services Request
revised 02/10/09

White - Patient Chart, Yellow - Inmate

CORRECTIONAL MEDICAL SERVICES
HEALTH SERVICES REQUEST FORM

**FOR MEDICAL USE ONLY**

Date Received: 2/5/12

Time Received: 2

**Print Name:** ____________________ **Date of Request:** ____________

ID #: ____________ Date of Birth: ____________ Housing Location: ____________

Nature of problem or request: ____________________

I consent to be treated by health staff for the condition described.

____________________
SIGNATURE

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA**

**DO NOT WRITE BELOW THIS AREA**

**Triaged by:** ________ Initials

**Referred to:** (Circle ONE) NSC Mid-level SC Physician SC MH Dental
Other: ____________________

**HEALTH CARE DOCUMENTATION**

Subjective:

Objective: BP ________ T ________ P ________ R ________ Wt________

Assessment:

JERRICE A. WAGNER
MY COMMISSION # EE 058071
EXPIRES: January 29, 2015
Bonded Thru Notary Public Underwriters

Plan:

☐ Inmate education handout reviewed with and given to the patient.

Refer to: (Circle any applicable) Mid-level Physician MH Dental Other: ________

Signature & Title: ____________________ Date: ________ Time: ________

CP0032FL-FL032-Health Services Request
revised 02/10/09

White - Patient Chart, Yellow - Inmate

~~Statement of Facts, continued:~~

VI. Statement of Claim

Plaintiff: Patrick Hardimon

Polk County Jail Medical Staff is responsible for denying plaintiff proper medical care and treatment for a broken right hand. When plaintiff was arrested, hand was splinted, until P.A. Carney of the PCJ Medical Staff removed the splint before receiving X-RAY results, two weeks after plaintiff's arrival. As of Feb. 7, 2012, 2 X-RAYs [illegible] been done confirming that the hand is not healed but [illegible] fractured. PCJ [illegible] Carney have not [illegible] the fracture, but have made the healing process slower by removing the splint [illegible] simply wrapping the hand. There [illegible] decided to move the plaintiff into [illegible] Population, putting him [illegible] not being able to defend [illegible]

VII. STATEMENT OF FACTS

Article [illegible] Augustin, P.A. Carney, PCJ Nursing Staff et. al.

Articles 3, 4, + 5) Jan 7, 2012 - [illegible] PCJ South [illegible]; P.A. Carney orders X-RAYS on Jan 16, 2012; P.A. Carney removes splint on Jan 19, 2012, prior to receiving X-RAY results; On Jan 30, 2012 P.A. Carney orders more X-RAYS confirming hand is [illegible] fractured though it has not been treated. An orthopedic visit was ordered twice by P.A. Carney though Dr. Augustin cancelled both.

VIII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

Plaintiff Se[illegible]

[illegible]

[illegible]

[illegible] the [illegible]

[illegible] to [illegible]

[illegible] Seek [illegible]

[illegible]

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this [illegible] day of [illegible], 19 2012

[signatures]

(Signatures of all Plaintiffs)

[signature]

JERRICE A. WAGNER
MY COMMISSION # EE 058071
EXPIRES: January 29, 2015
Bonded Thru Notary Public Underwriters

2012 FEB 10 AM [illegible]
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

TO WHOM IT MAY CONCERN:

The plaintiff's filing this civil complaint are currently incarcerated in the Polk County JAIL. It is therefore impossible for the plaintiff's to [illegible] copies of the [illegible] [illegible] [illegible] [illegible].

It should also be noted that the notary public that jail inmates have access to refuses to notarize certain articles, without explanation or reason. Due to the fact that the PCJ has NO official or unofficial grievance procedure, the plaintiffs have no recourse other than to file some articles [illegible] unnotarized.

Also to be noted is the fact that the PCJ Law library DOES NOT provide Legal reference Materials without the [illegible] providing Specific Citation, therefore it is extremely impractical if not impossible for the plaintiff's to cite what rights under the Constitution, laws, or treaties of the united States have been violated in the Statement of Claim. The medical Staff also WILL NOT Provide inmates/Plaintiffs with the medical staffs full names OR medical license numbers.

Plaintiff(s)

Charles R. Alexander — [signature]
Stephens [illegible] — [signature]
Patrick Hardimon — [signature]